UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sandra Broome

Plaintiff,

vs.

Rollouts, Incorporated, a Minnesota corporation,

Defendant.

Case No. 01-CV-552 (RHK/JMM)

**STIPULATION FOR AN ORDER TO EXTEND TIME TO ANSWER OR RESPOND**

The parties to the above-entitled matter, through their respective counsel, hereby stipulate and agree that the Defendant may have up to and including May 2, 2001, to file an answer in this matter and further request the Court to enter an order pursuant to this Stipulation

Dated: April 18, 2001

NICKELS, KASTER & ANDERSON, P.A.

John A. Fabian (#13482X)
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 338-1919

Dated: April 18, 2001

JACKSON LEWIS SCHNITZLER & KRUPMAN

David Duddleston (#139804)
Natalie Wyatt-Brown (#260757)
150 Fifth Street Tower, Suite 2800
150 South Fifth Street
Minneapolis, MN 55402
(612) 341-8131

APR 20 2001
CLERK
JUDGMENT ENTD

**ORDER**

It is hereby ordered that Defendant shall have up to and including May 2, 2001, to answer Plaintiff's Complaint in this matter.

Dated this 14 day of April, 2001.

John M. Mason
United States Magistrate Judge