UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SANDRA BROOME, CIVIL NO. 01-552 (RHK/JMM)

Plaintiff,

v. ORDER

ROLLOUTS INCORPORATED,

Defendant.

The above matter came on for a telephonic hearing before the undersigned on January 7, 2002 upon Defendant's Motion to Continue the Trial Date [Docket No. 13]. John A. Fabian, Esq. appeared on behalf of Plaintiff; Natalie Wyatt-Brown, Esq. appeared on behalf of Defendant.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Defendant's Motion to Continue the Trial Date [Docket No. 13] is denied.

Dated: January 8, 2002

JOHN M. MASON
United States Magistrate Judge

MEMORANDUM

The Parties may seek an earlier trial date by conferring with the Calendar Clerk of the District Court.

J.M.M.

JAN 08 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK