**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Sandra Broome,

Plaintiff, Civil No. 01-552 (RHK/JMM)

vs. **ORDER**

Rollouts Incorporated, a
Minnesota corporation,

Defendant.

---

The Court has determined that oral argument will not materially assist the Court in resolving Defendant's pending Motion for Summary Judgment (Doc. No. 18). Accordingly, the January 28, 2002 hearing is **CANCELED** and said Motion is deemed submitted for resolution, without oral argument, as of January 28, 2002.

Dated: January 24, 2002

RICHARD H. KYLE
United States District Judge

FILED JAN 25 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK